VICTORIA MICHAELS, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BROOKCHESTER, INC., DEFENDANT-RESPONDENT.

*Mr. Sidney Slauson* and *Mr. Henry J. Bendheim* for the petitioners.

*Messrs. Morrison, Lloyd & Griggs* for the respondent.

November 25, 1957.   Granted.

JOHN E. HAMMETT, PLAINTIFF-RESPONDENT, v. JAMES ROSENSOHN, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below:   46 *N. J. Super.* 527.

*Mr. Sam Weiss* for the petitioners.

*Messrs. Dolan & Dolan* and *Mr. Francis E. Bright* for the respondent.

November 25, 1957.   Granted.